Commonwealth *v.* Meekins, Appellant.

Submitted September 15, 1969. *Ronald J. Brockington,* and *Stassen and Kephart,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Oechslin, Appellant.

Submitted December 8, 1969. *Michael J. Stack, Jr.,* and *O'Halloran, Stack & Smith,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Quackenbush, Appellant.

Submitted December 8, 1969. *Michael J. Dowd,* Public Defender, for appellant; *Maurice L. Epstein,* District Attorney, for Commonwealth, appellee.

Order affirmed.